[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 11 2007
THOMAS K. KAHN
CLERK

No. 06-15625

D. C. Docket No. 04-03399 CV-JTC-1

HAL B. PARKERSON,

Plaintiff-Appellant,

versus

ORIX FINANCIAL SERVICES, INC.,
ORIX USA CORPORATION, et al.,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

**(June 11, 2007)**

Before DUBINA and BLACK, Circuit Judges, and RESTANI,* Judge.

PER CURIAM:

---

*Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

The appellant, Hal Parkerson, appeals the district court's order granting summary judgment for the appellees, Orix Financial Services, Inc., Orix USA Corp., Orix Capital Markets, LLC, and Orix Commercial Alliance Corp., on Parkerson's claims of age discrimination, in violation of the Age Discrimination Employment Act ("ADEA"), 29 U.S.C. § 623, *et seq.*, and retaliation, in violation of the ADEA and Title VII, 42 U.S.C. 2000e, *et seq.*

It is clear to us, based on the district court's order and concessions made by counsel at oral argument, that the district court reviewed the entire record that was before the magistrate judge when she issued her Report and Recommendation. Furthermore, we conclude that Parkerson failed to carry his burden of demonstrating pretext. Accordingly, we affirm the grant of summary judgment.

**AFFIRMED.**